

12433-PAM-DE-041153455

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 30, 2026</u>, at <u>2:10</u> o'clock <u>PM EDT</u>, <u>Michael Cook</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>June 30, 2026</u>　　　　By: <u>/s/Lisa Susoev</u>

　　　　　　　　　　　　　　　Name: <u>Lisa Susoev</u>

　　　　　　　　　　　　　　　Title: <u>Teacher</u>