United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-01046-MJC
Michael Thomas Cook Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke 
Date Rcvd: Sep 14, 2026 Form ID: pdf010 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Samantha Robayo, 162 Overbrook Run, Milford, PA 18337-9722 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth Trachtman | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. ANHSOrlans@InfoEx.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| James T. Shoemaker | on behalf of Creditor Heritage Financial Credit Union c/o James T. Shoemaker Esq. jshoemaker@hkqpc.com |
| Maggie Soboleski | on behalf of Creditor PENNYMAC LOAN SERVICES LLC msoboleski@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Michael Thomas Cook rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Michael Thomas Cook aka Michael T. Cook aka Michael Cook**<br>**Debtor(s)** | **CHAPTER 13** |
| **PENNYMAC LOAN SERVICES, LLC**<br>**Movant**<br>**vs.** | **NO. 26-01046 MJC** |
| **Michael Thomas Cook aka Michael T. Cook aka Michael Cook**<br>**Debtor(s)** | **11 U.S.C. Section 362 and 1301** |
| **Samantha Robayo**<br>**Co-Debtor** | |
| **Jack N Zaharopoulos**<br>**Trustee** | |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, and after Notice and opportunity for a hearing, with no responses having been filed, it is hereby;

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 162 Overbrook Run, Milford, PA 18337 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: September 14, 2026